UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-62152-CIV-DAMIAN

MOTOROLA MOBILITY LLC, and
LENOVO (BEIJING) LIMITED,

    Plaintiffs,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED
LIABILITY COMPANIES, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE A,

    Defendants.
_____/

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS**

TO THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(i), Plaintiffs, MOTOROLA MOBILITY LLC, and LENOVO (BEIJING) LIMITED, voluntarily dismiss the following Defendants listed on Schedule A to the Complaint without prejudice:

| DOE No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 34 | lenovoaudiostore | https://www.dhgate.com/store/about-us/21908641.html |
| 68 | addstore | https://www.ebay.com/str/addstore |
| 72 | ammoonmusic | https://www.ebay.com/str/ammoonmusic |
| 85 | China Electronics Center | https://www.ebay.com/str/flueonsky |
| 86 | cnmooisa | https://www.ebay.com/str/cnmooisa |
| 90 | dajida | https://www.ebay.com/str/dajida |
| 95 | ebuy2013_store | https://www.ebay.com/str/headsetstore |
| 109 | greenfenceline | https://www.ebay.com/str/greenfenceline |
| 112 | homegarden2012 | https://www.ebay.com/str/homegarden2012 |
| 130 | legendary-electronic | https://www.ebay.com/str/legendaryelectronic |
| 147 | ndo624 | https://www.ebay.com/str/ndo624 |
| 171 | senzhistore | https://www.ebay.com/usr/senzhistore |

|  |  |
|---|---|
| Dated: March 26, 2025 | Respectfully submitted,<br><br>**BOIES SCHILLER FLEXNER LLP**<br><br>/s/ Leigh Salomon<br>Leigh Salomon (FL Bar No. 1054106)<br>100 SE 2nd Street, Suite 2800<br>Miami, Florida 33131<br>Tel: (305) 357-8450<br>lsalomon@bsfllp.com<br><br>*Attorney for Plaintiffs MOTOROLA MOBILITY LLC, and LENOVO (BEIJING) LIMITED* |