UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-62152-CIV-DAMIAN

MOTOROLA MOBILITY LLC, and
LENOVO (BEIJING) LIMITED,

    Plaintiffs,

vs.

THE INDIVIDUALS, CORPORATIONS, LIMITED
LIABILITY COMPANIES, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE A,

    Defendants.
_____/

### ORDER OF DISMISSAL AS TO CERTAIN DEFENDANTS

**THIS CAUSE** is before the Court on Plaintiffs' Notice of Voluntary Dismissal of Certain Defendants, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), [ECF No. 35] ("Notice"), filed April 1, 2025.

THE COURT has carefully reviewed the Notice, and the record in this case, and is otherwise fully advised. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The above-referenced Notice is **APPROVED** and **ADOPTED**;

2. The above-styled case is **DISMISSED WITHOUT PREJUDICE** as to the following Defendants listed on Schedule A to the Complaint:

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 91 | depaike2017 | https://www.ebay.com/str/depaike2017 |
| 117 | jiayouba | https://www.ebay.com/str/jiayouba |
| 134 | likesell365 | https://www.ebay.com/str/likesell365 |
| 139 | manysellok | https://www.ebay.com/str/manysellok |
| 157 | qianjinj | https://www.ebay.com/str/qianjinj |
| 172 | shopping-home888 | https://www.ebay.com/str/shoppinghome888 |

| 187 | warming-mall | https://www.ebay.com/str/bluecoffee2088 |
| 201 | Best Monitor | https://www.walmart.com/seller/101596174 |
| 205 | DONGDONG | https://www.walmart.com/seller/101111620 |

3. Each party shall bear its own attorneys' fees and costs;

4. To the extent not otherwise disposed of, all pending motions are **DENIED AS MOOT** and all deadlines are **TERMINATED** with respect to the above-listed Defendants only; and

5. Plaintiffs shall serve a copy of this Order on the Defendants by e-mail via their corresponding e-mail address and/or online contact form or other means of electronic contact provided on the Internet based e-commerce stores operating under the respective Seller IDs; or by providing a copy of this Order by email to the marketplace platforms for each of the Seller IDs so that the registrar, or marketplace platform, in turn, notifies each of the Defendants of the Order; or by other means reasonably calculated to give notice which is permitted by the Court.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 3rd day of April, 2025.

**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc:   Counsel of Record