UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-62152-CIV-DAMIAN

MOTOROLA MOBILITY LLC, AND
LENOVO (BEIJING) LIMITED,

    Plaintiffs,
v.

THE INDIVIDUALS, CORPORATIONS, LIMITED
LIABILITY COMPANIES, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE A,

    Defendants.
_____/

## [PROPOSED] FINAL DEFAULT JUDGMENT AND PERMANENT INJUNCTION

THIS MATTER comes before the Court on Plaintiffs' Motion for Entry of Final Default Judgment (the "Motion"). The Court granted the Motion in a separate Order. Pursuant to Federal Rule of Civil Procedure 58(a), the Court hereby **ENTERS THIS SEPARATE FINAL JUDGMENT**.

Accordingly, it is **ORDERED and ADJUDGED** that **Final Default Judgment is hereby entered** in favor of Plaintiffs, MOTOROLA MOBILITY LLC, and LENOVO (BEIJING) LIMITED ("Plaintiffs"), and against Defendants, the Individuals, Partnerships, or Unincorporated Associations identified on Schedule A hereto (collectively, the "Defendants") as follows:

(1)    Permanent Injunctive Relief:

Defendants and their officers, directors, employees, agents, subsidiaries, distributors, and all persons acting in concert and participation with Defendants are hereby permanently restrained and enjoined from:

    a.    manufacturing or causing to be manufactured, importing, advertising, or promoting, distributing, selling or offering to sell counterfeit and infringing

      goods bearing Plaintiffs' trademarks, or any confusingly similar trademarks identified in Paragraph 1 of the Complaint (the "MOTOROLA AND LENOVO Trademarks") (Dkt. 1);

b. using the MOTOROLA AND LENOVO Trademarks in connection with the sale of any unauthorized goods;

c. using any logo and/or layout that may be calculated to falsely advertise the services or products of the Defendants as being sponsored by, authorized by, endorsed by, or in any way associated with Plaintiffs;

d. falsely representing themselves as being connected with Plaintiffs, through sponsorship or association;

e. engaging in any act which is likely to falsely cause members of the trade and/or of the purchasing public to believe any goods or services of the Defendants are in any way endorsed by, approved by, and/or associated with Plaintiffs;

f. using any reproduction, counterfeit, copy, or colorable imitation of the MOTOROLA AND LENOVO Trademarks in connection with the publicity, promotion, sale, or advertising of any goods sold by the Defendants;

g. affixing, applying, annexing, or using in connection with the sale of any goods, a false description or representation, including words or other symbols tending to falsely describe or represent goods offered for sale or sold by the Defendants as being those of Plaintiffs or in any way endorsed by Plaintiffs;

h. otherwise unfairly competing with Plaintiffs;

i. using the MOTOROLA AND LENOVO Trademarks or any confusingly similar trademarks or works on e-commerce marketplace sites, domain name extensions, metatags, or other markers within website source code, from use on any webpage (including as the title of any webpage), from any advertising links to other websites, from search engines' databases or cache memory, and from any other form of use of such terms that are visible to a computer user or serve to direct computer searches to e-commerce stores, websites, and/or Internet businesses registered, owned, or operated by the Defendants; and

j. effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth above.

(2) Additional Equitable Relief:

2

    a.    Upon Plaintiffs' request, the Internet marketplace website operators and/or administrators for the Internet based e-commerce stores operating under the seller identification names identified on Schedule "A" hereto (the "Seller IDs"), including but not limited to Amazon, DHgate, eBay, Temu, Walmart, and Wish, shall permanently remove any and all listings and associated images of goods bearing counterfeits and/or infringements of the MOTOROLA AND LENOVO Trademarks via the e-commerce stores operating under the Seller IDs, and any other listings and images of goods bearing counterfeits and/or infringements of the MOTOROLA AND LENOVO Trademarks associated with the same sellers or linked to any other alias seller identification names or e-commerce stores being used and/or controlled by the Defendants to promote, offer for sale and/or sell goods bearing counterfeits and/or infringements of the MOTOROLA AND LENOVO Trademarks; and

    b.    Upon Plaintiffs' request, any Internet marketplace website operator and/or administrator who is in possession, custody, or control of the Defendants' goods bearing one or more of the MOTOROLA AND LENOVO Trademarks, including but not limited to Alibaba.com, Hong Kong Limited, which operates the AliExpress.com platform, DHgate.com, eBay Inc., Etsy.com, SIA Joom, which operates the Joom.com platform, Walmart.com, and ContextLogic, Inc., which operates the Wish.com platform, shall permanently cease fulfillment of and sequester those goods, and surrender the same to Plaintiff.

(3)    Statutory damages in favor of Plaintiffs pursuant to 15 U.S.C. § 1117(c):

    a.    Award Plaintiffs damages of $200,000.00 against each Defendant, for which let execution issue, based upon the Court's finding that the Defendants infringed at least one trademark on one type of good. The Court considered both the willfulness of the Defendants' conduct and the deterrent value of the award imposed, and the awarded amount falls within the permissible statutory range under 15 U.S.C. § 1117(c).

(4)    All funds currently restrained or held on account for all the Defendants by all financial institutions, payment processors, bank, escrow services, money transmitters, or marketplace platforms, including but not limited to, Alibaba.com, AliExpress.com, Zhejiang Ant Small and Micro Financial Services Group Co., Ltd. ("Ant Financial Services"), AliPay (China) Internet Technology Co. Ltd. and Alipay.com Co., Ltd. (collectively, "Alipay"), Amazon.com, Worldpay US, Inc. ("Worldpay"), Dunhuang Group which operates the DHgate.com and DHPay.com platforms, eBay.com, Etsy.com, SIA Joom, which operates the Joom.com platform

3

("Joom"), Walmart.com, Wish, PayPal, Inc. ("PayPal"), Payoneer, PingPong, LianLian, OFX, and their related companies and affiliates, are to be immediately (within 5 business days) transferred by the previously referred to financial institutions, payment processors, bank, escrow services, money transmitters, or marketplace platforms and by the Defendant, to Plaintiffs and/or Plaintiffs' counsel in partial satisfaction of the monetary judgment entered herein against each Defendant. All financial institutions, payment processors, bank, escrow services, money transmitters, or marketplace platforms, including but not limited to Alibaba, AliExpress, Alipay, DHgate, Joom, Wish, Wishpay, Amazon, Amazon Pay, eBay, Etsy, Walmart, PayPal, Payoneer, PingPong, LianLian, OFX, and/or their related companies and affiliates, shall provide to Plaintiff at the time the funds are released, a breakdown reflecting the (i) total funds restrained in this matter per Defendant; (ii) total chargebacks, refunds, and/or transaction reversals deducted from each Defendant's funds restrained prior to release; and (iii) total funds released per Defendant to Plaintiff.

(5) Interest from the date this action was filed shall accrue at the legal rate. *See* 28 U.S.C. § 1961.

(6) The bond posted by Plaintiff in the amount of $10,000.00 is hereby ordered released by the Clerk.

(7) The Court retains jurisdiction to enforce this Final Default Judgment and Permanent Injunction.

This is a Default Judgment SO ORDERED in Chambers at Fort Lauderdale, Florida, this ___ day of ____, 2025.

**HONORABLE MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record

**SCHEDULE A**

| DOE No. | Defendant Seller | Defendant Marketplace URL | Total Default Award |
|---|---|---|---|
| 3 | LGM DYstore | https://www.amazon.com/sp?seller=A332CM5UHV8Z1D | $200,000 |
| 5 | shanxinaolubudianzishangwuyouxiangongsi12 | https://www.amazon.com/sp?seller=ASYK8HPV04IHN | $200,000 |
| 7 | abfl | https://www.dhgate.com/store/about-us/21748718.html | $200,000 |
| 8 | airpodusawarehouse | https://www.dhgate.com/store/about-us/21957333.html | $200,000 |
| 9 | awen845 | https://www.dhgate.com/store/about-us/22003708.html | $200,000 |
| 10 | beatbud | https://www.dhgate.com/store/about-us/21961044.html | $200,000 |
| 11 | beauty_of_ting | https://www.dhgate.com/store/about-us/22002409.html | $200,000 |
| 12 | bluetooth1105 | https://www.dhgate.com/store/about-us/21848450.html | $200,000 |
| 13 | dajianl | https://www.dhgate.com/store/about-us/21947230.html | $200,000 |
| 14 | ddmydesign | https://www.dhgate.com/store/about-us/21989855.html | $200,000 |
| 15 | ddmyhome | https://www.dhgate.com/store/about-us/21980114.html | $200,000 |
| 16 | eh7b | https://www.dhgate.com/store/about-us/21818482.html | $200,000 |
| 17 | electronicworlduu | https://www.dhgate.com/store/about-us/21709157.html | $200,000 |
| 18 | em7w | https://www.dhgate.com/store/about-us/21819805.html | $200,000 |
| 19 | esportset | https://www.dhgate.com/store/about-us/21885370.html | $200,000 |
| 20 | fansummer | https://www.dhgate.com/store/about-us/21804919.html | $200,000 |
| 21 | fqxt | https://www.dhgate.com/store/about-us/21819568.html | $200,000 |
| 22 | fzcte1 | https://www.dhgate.com/store/about-us/21750745.html | $200,000 |
| 23 | fzctg7 | https://www.dhgate.com/store/about-us/21751129.html | $200,000 |
| 24 | gp0b | https://www.dhgate.com/store/about-us/21800824.html | $200,000 |

| DOE No. | Defendant Seller | Defendant Marketplace URL | Total Default Award |
|---|---|---|---|
| 25 | gtc7 | https://www.dhgate.com/store/about-us/21818443.html | $200,000 |
| 26 | highquality4supplier | https://www.dhgate.com/store/about-us/21956578.html | $200,000 |
| 27 | highquality5supplier | https://www.dhgate.com/store/about-us/21956580.html | $200,000 |
| 28 | highquality6supplier | https://www.dhgate.com/store/about-us/21956581.html | $200,000 |
| 29 | homepro3 | https://www.dhgate.com/store/about-us/21979012.html | $200,000 |
| 30 | hpqg | https://www.dhgate.com/store/about-us/21818324.html | $200,000 |
| 31 | hvug | https://www.dhgate.com/store/about-us/21800622.html | $200,000 |
| 32 | i969 | https://www.dhgate.com/store/about-us/21819080.html | $200,000 |
| 33 | kbd3 | https://www.dhgate.com/store/about-us/21819709.html | $200,000 |
| 35 | linzhiqiang2 | https://www.dhgate.com/store/about-us/21904856.html | $200,000 |
| 36 | linzhiqiang3 | https://www.dhgate.com/store/about-us/21904874.html | $200,000 |
| 37 | lka2s | https://www.dhgate.com/store/about-us/21800509.html | $200,000 |
| 38 | lochig | https://www.dhgate.com/store/about-us/21964417.html | $200,000 |
| 39 | loukoe | https://www.dhgate.com/store/about-us/21947031.html | $200,000 |
| 40 | lpdiy | https://www.dhgate.com/store/about-us/21800478.html | $200,000 |
| 41 | ocf8 | https://www.dhgate.com/store/about-us/21800567.html | $200,000 |
| 42 | omtyc | https://www.dhgate.com/store/about-us/21866172.html | $200,000 |
| 43 | ouzj | https://www.dhgate.com/store/about-us/21818430.html | $200,000 |
| 44 | podmax | https://www.dhgate.com/store/about-us/21961047.html | $200,000 |
| 45 | psyctradingInc | https://www.dhgate.com/store/about-us/21296670.html | $200,000 |
| 46 | pwlj | https://www.dhgate.com/store/about-us/21800877.html | $200,000 |
| 47 | qq3f | https://www.dhgate.com/store/about-us/21819360.html | $200,000 |

| DOE No. | Defendant Seller | Defendant Marketplace URL | Total Default Award |
|---|---|---|---|
| 48 | qywz | https://www.dhgate.com/store/about-us/21800786.html | $200,000 |
| 49 | smoktechvape | https://www.dhgate.com/store/about-us/20933785.html | $200,000 |
| 50 | suifengpiao20 | https://www.dhgate.com/store/about-us/21946292.html | $200,000 |
| 51 | taa0 | https://www.dhgate.com/store/about-us/21800736.html | $200,000 |
| 52 | tfxk | https://www.dhgate.com/store/about-us/21818675.html | $200,000 |
| 53 | ttre | https://www.dhgate.com/store/about-us/21800828.html | $200,000 |
| 54 | v4zf | https://www.dhgate.com/store/about-us/21819657.html | $200,000 |
| 55 | xemx | https://www.dhgate.com/store/about-us/21818326.html | $200,000 |
| 56 | xsqh | https://www.dhgate.com/store/about-us/21818422.html | $200,000 |
| 57 | yp6g | https://www.dhgate.com/store/about-us/21819027.html | $200,000 |
| 58 | yuming1 | https://www.dhgate.com/store/about-us/21942803.html | $200,000 |
| 59 | zrgc023 | https://www.dhgate.com/store/about-us/21951498.html | $200,000 |
| 60 | 10000 Plus Sold Items | https://www.ebay.com/str/10000plussolditems | $200,000 |
| 61 | 2013topteam | https://www.ebay.com/str/2013topteam | $200,000 |
| 62 | 3cheadphonestore | https://www.ebay.com/usr/3cheadphonestore | $200,000 |
| 64 | 89era01 | https://www.ebay.com/str/89era01 | $200,000 |
| 65 | 9irxx51 | https://www.ebay.com/usr/9irxx51 | $200,000 |
| 66 | acpower2022 | https://www.ebay.com/str/acpower2022 | $200,000 |
| 71 | amber.e-commerce | https://www.ebay.com/usr/amber.e-commerce | $200,000 |
| 74 | apstown | https://www.ebay.com/usr/apstown | $200,000 |
| 75 | aradines92-6 | https://www.ebay.com/usr/aradines92-6 | $200,000 |
| 76 | avista_shop | https://www.ebay.com/usr/avista_shop | $200,000 |
| 79 | bravotech1983 | https://www.ebay.com/str/bravotech1983 | $200,000 |
| 80 | breezy_s | https://www.ebay.com/usr/breezy_s | $200,000 |
| 82 | buy_enjoy00 | https://www.ebay.com/usr/buy_enjoy00 | $200,000 |
| 84 | cheerbuy2023 | https://www.ebay.com/usr/cheerbuy2023 | $200,000 |
| 87 | colleyweed | https://www.ebay.com/usr/colleyweed | $200,000 |
| 88 | consumer-studio | https://www.ebay.com/str/consumerstudio | $200,000 |

7

| DOE No. | Defendant Seller | Defendant Marketplace URL | Total Default Award |
|---|---|---|---|
| 89 | curiosity-gadgets | https://www.ebay.com/usr/curiosity-gadgets | $200,000 |
| 92 | DIMA STORE | https://www.ebay.com/str/dimkhattab | $200,000 |
| 93 | discountcenter555 | https://www.ebay.com/usr/discountcenter555 | $200,000 |
| 99 | e-youngzone | https://www.ebay.com/str/eyounglife | $200,000 |
| 100 | ezy_buy | https://www.ebay.com/usr/ezy_buy | $200,000 |
| 101 | faizanafzal | https://www.ebay.com/usr/faizanafzal | $200,000 |
| 104 | fodelight | https://www.ebay.com/str/fodelight | $200,000 |
| 105 | futuo_8354 | https://www.ebay.com/usr/futuo_8354 | $200,000 |
| 107 | Global Turkish Market | https://www.ebay.com/str/globalturkishmarket | $200,000 |
| 108 | Globalista Lifestyle | https://www.ebay.com/str/globalistalifestyle | $200,000 |
| 110 | happylikebuy | https://www.ebay.com/str/happylikebuy | $200,000 |
| 111 | hererun30 | https://www.ebay.com/usr/hererun30 | $200,000 |
| 113 | ibilios9 | https://www.ebay.com/str/ibilios9 | $200,000 |
| 114 | ironhide2017 | https://www.ebay.com/str/ironhide2017 | $200,000 |
| 116 | jayawas-0 | https://www.ebay.com/usr/jayawas-0 | $200,000 |
| 119 | JoyroomStoreAU | https://www.ebay.com/str/joyroomstoreau | $200,000 |
| 120 | judeebri99 | https://www.ebay.com/usr/judeebri99 | $200,000 |
| 121 | kaislaker | https://www.ebay.com/str/kaislaker | $200,000 |
| 124 | kiorsound | https://www.ebay.com/str/kiorsound | $200,000 |
| 125 | kriail1 | https://www.ebay.com/usr/kriail1 | $200,000 |
| 127 | laptop-battery-store | https://www.ebay.com/str/laptopbatterystore | $200,000 |
| 131 | legou118 | https://www.ebay.com/str/legou118 | $200,000 |
| 137 | madisshop1 | https://www.ebay.com/usr/madisshop1 | $200,000 |
| 138 | mali04-3 | https://www.ebay.com/usr/mali04-3 | $200,000 |
| 140 | masrooj | https://www.ebay.com/usr/masrooj | $200,000 |
| 141 | meharadeem | https://www.ebay.com/usr/meharadeem | $200,000 |
| 142 | meinna_0 | https://www.ebay.com/usr/meinna_0 | $200,000 |
| 144 | mohaalfa75 | https://www.ebay.com/usr/mohaalfa75 | $200,000 |
| 145 | nagi_shop5 | https://www.ebay.com/usr/nagi_shop5 | $200,000 |
| 146 | namagh0 | https://www.ebay.com/usr/namagh0 | $200,000 |
| 148 | Newpower0816 | https://www.ebay.com/str/newpower0816 | $200,000 |
| 149 | next_electronics_store | https://www.ebay.com/usr/next_electronics_store | $200,000 |
| 151 | online.shop.unix | https://www.ebay.com/str/onlineshopunix | $200,000 |
| 153 | palace_of_goods | https://www.ebay.com/usr/palace_of_goods | $200,000 |
| 154 | pasdil54 | https://www.ebay.com/usr/pasdil54 | $200,000 |

| DOE No. | Defendant Seller | Defendant Marketplace URL | Total Default Award |
|---|---|---|---|
| 155 | Power_Adapter_Source | https://www.ebay.com/str/poweradaptersource | $200,000 |
| 156 | prototypee | https://www.ebay.com/usr/prototypee | $200,000 |
| 158 | quality.dot | https://www.ebay.com/str/qualitydot0 | $200,000 |
| 159 | qualitypower | https://www.ebay.com/usr/qualitypower | $200,000 |
| 161 | radseller5 | https://www.ebay.com/usr/radseller5 | $200,000 |
| 162 | ranweera_97 | https://www.ebay.com/usr/ranweera_97 | $200,000 |
| 163 | rayzlee | https://www.ebay.com/usr/rayzlee | $200,000 |
| 164 | ra-zad | https://www.ebay.com/usr/ra-zad | $200,000 |
| 165 | reff-84 | https://www.ebay.com/usr/reff-84 | $200,000 |
| 167 | rzdeal | https://www.ebay.com/str/rzdeal | $200,000 |
| 168 | sam_ea | https://www.ebay.com/usr/sam_ea | $200,000 |
| 169 | seacrownwholesalershop | https://www.ebay.com/usr/seacrownwholesalershop | $200,000 |
| 173 | smart_gear_links | https://www.ebay.com/usr/smart_gear_links | $200,000 |
| 175 | summer_sky17 | https://www.ebay.com/str/summersky17 | $200,000 |
| 181 | thiediri-87 | https://www.ebay.com/usr/thiediri-87 | $200,000 |
| 182 | tolud2384 | https://www.ebay.com/usr/tolud2384 | $200,000 |
| 183 | topteamshop | https://www.ebay.com/usr/topteamshop | $200,000 |
| 184 | trendy_alley | https://www.ebay.com/usr/trendy_alley | $200,000 |
| 185 | Uncle Sam's Shop | https://www.ebay.com/str/samhop | $200,000 |
| 188 | watchfulboutique | https://www.ebay.com/usr/watchfulboutique | $200,000 |
| 191 | xinyue-power | https://www.ebay.com/str/mukizrepowerflagshipstore | $200,000 |
| 192 | xlh-electronics | https://www.ebay.com/str/xlhelectronics | $200,000 |
| 193 | xyelec-41 | https://www.ebay.com/str/xyelec41 | $200,000 |
| 195 | yo_405649 | https://www.ebay.com/usr/yo_405649 | $200,000 |
| 196 | zucatuga | https://www.ebay.com/usr/zucatuga | $200,000 |
| 197 | MingGuang Mall local | https://www.temu.com/-mall-local-m-634418216533534.html | $200,000 |
| 199 | Whimsical Wanderlust | https://www.temu.com/whimsical-wanderlust-m-634418217265826.html | $200,000 |
| 200 | AceMonster | https://www.walmart.com/seller/101223708 | $200,000 |
| 202 | Childlike Paradise | https://www.walmart.com/seller/101256230 | $200,000 |
| 203 | Chnzic | https://www.walmart.com/seller/101646748 | $200,000 |
| 206 | Feltree | https://www.walmart.com/seller/101196001 | $200,000 |

| DOE No. | Defendant Seller | Defendant Marketplace URL | Total Default Award |
|---|---|---|---|
| 207 | floiliyvm9c2 | https://www.walmart.com/seller/102478510 | $200,000 |
| 208 | FSSMER | https://www.walmart.com/seller/101329065 | $200,000 |
| 209 | guangzhoubaoruicanyinyouxiangongsi | https://www.walmart.com/seller/102601885 | $200,000 |
| 210 | hongfukeji | https://www.walmart.com/seller/102576097 | $200,000 |
| 211 | JABUUO | https://www.walmart.com/seller/101636003 | $200,000 |
| 212 | JOTOETYYS | https://www.walmart.com/seller/102581793 | $200,000 |
| 213 | JZWLXX | https://www.walmart.com/seller/102486538 | $200,000 |
| 214 | lalaxiaohumaoyi | https://www.walmart.com/seller/102580542 | $200,000 |
| 215 | LanLaiShangMao | https://www.walmart.com/seller/101632413 | $200,000 |
| 217 | MeiPingDianZi | https://www.walmart.com/seller/102503481 | $200,000 |
| 218 | MinHou | https://www.walmart.com/seller/102513122 | $200,000 |
| 219 | pinqinfang | https://www.walmart.com/seller/102580548 | $200,000 |
| 220 | QYYA | https://www.walmart.com/seller/102486505 | $200,000 |
| 222 | Self-timer | https://www.walmart.com/seller/101255093 | $200,000 |
| 223 | shijianyinpindian | https://www.walmart.com/seller/102590894 | $200,000 |
| 224 | sidajianweikeji | https://www.walmart.com/seller/102579643 | $200,000 |
| 225 | Songsiqing Trading | https://www.walmart.com/seller/102503653 | $200,000 |
| 226 | SYnong shop | https://www.walmart.com/seller/102495174 | $200,000 |
| 227 | WNG | https://www.walmart.com/seller/101227008 | $200,000 |
| 229 | YIQIMAI | https://www.walmart.com/seller/101559482 | $200,000 |
| 231 | YQWLXX | https://www.walmart.com/seller/102486484 | $200,000 |
| 232 | zhijiangshinenrongshangmao | https://www.walmart.com/seller/102486663 | $200,000 |

10

| DOE No. | Defendant Seller | Defendant Marketplace URL | Total Default Award |
|---|---|---|---|
| 234 | neom | https://www.wish.com/merchant/65918cc07c788a9cfbd11117 | $200,000 |
| 235 | TomTop | https://www.wish.com/merchant/52b4f71b796f6856bfedc840 | $200,000 |
| 236 | TurkishSouq | https://www.wish.com/merchant/62317f581501a21f247f4b33 | $200,000 |